**Edward K. TAKAKI, Petitioner,**

v.

**DEPARTMENT OF THE NAVY, Respondent.**

No. 05–3297.

United States Court of Appeals, Federal Circuit.

Nov. 29, 2005.

Edward K. Takaki, pro se.

### ORDER

Order Vacated, See 2006 WL 467339.

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Arne ELLERMETS, Petitioner,**

v.

**DEPARTMENT OF THE ARMY, Respondent.**

No. 05–3366.

United States Court of Appeals, Federal Circuit.

Nov. 29, 2005.

Arne Ellermets, pro se.

### ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.